Order issued November 19, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00202-CR

**FREDERICK NEWKIRK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court has before it the State's November 17, 2012 motion to extend time for filing the State's brief and motion to supplement the clerk's record. We **GRANT** the State's motion and **ORDER** the brief tendered with the motion filed as of the date of this order.

We **GRANT** the State's request to supplement the clerk's record with defense counsel's motion to withdraw and **ORDER** the Kaufman County Clerk to file the supplemental record on or before November 26, 2012.

MOLLY FRANCIS
PRESIDING JUSTICE